# Exhibit A

# United States of America
### United States Patent and Trademark Office

# REDACTED

**Reg. No. 5,382,625**

**Registered Jan. 16, 2018**

**Int. Cl.: 36, 42, 45**

**Service Mark**

**Principal Register**

Redacted, Inc. (DELAWARE CORPORATION)
350 Rhode Island Street, Suite 240
San Francisco, CALIFORNIA 94103

CLASS 36: Cyber insurance analysis, namely, review of insurance policies; consulting services in the field of risk-management, namely, providing review of cyber insurance for online hacking, data breach, and network security; consulting services in the field of cyber insurance, namely, review of insurance policies

FIRST USE 1-27-2016; IN COMMERCE 1-27-2016

CLASS 42: Providing and hosting a secure electronic online system featuring technology that allows cyber surveillance to assist in providing defense against data breaches and privacy violations; computer security consultancy in the fields of scanning and penetration testing of computers and networks to assess information security vulnerability; security information services, namely, customized computer security platforms that provide real-time analysis of security alerts generated by network hardware and software, namely, platform as a services (PAAS) featuring computer software platforms for computer security; computer security consultancy; computer software testing to identify security vulnerability; computer forensic services; computer security consulting services in the field of maintaining the security and integrity of databases; computer network security services and communications network security services in the nature of network intrusion protection testing, computer testing for vulnerability management and assessment, risk management and assessment, data breach threat analysis, network threat analysis; computer and network incident response and forensics and penetration testing; computer security consulting services in the field of critical incident response to information, computer, and internet security breaches; computer security consulting services intended to identify, pursue, and deter threat actors

FIRST USE 1-27-2016; IN COMMERCE 1-27-2016

CLASS 45: Fraud and identity theft protection services, namely, accessing, scanning and monitoring of reports, the Internet, public records, and computer activity and accounts to facilitate the detection and prevention of data breaches, identity theft and fraud; monitoring of computer systems for security purposes; consulting services in the field of data breach, identity theft and fraud risk-management and assessment services, fraud detection, and data breach response, namely, threat assessment and simulation, vulnerability analysis and mitigation, and emergency response; consulting services in the field of security threat assessment, namely, consulting services intended to identify, pursue, and deter threat actors

FIRST USE 1-27-2016; IN COMMERCE 1-27-2016

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR



Joseph Matal
Performing the Functions and Duties of the
Under Secretary of Commerce for
Intellectual Property and Director of the
United States Patent and Trademark Office