1   Holly M. Simpkins (*pro hac vice* forthcoming)
    HSimpkins@perkinscoie.com
2   PERKINS COIE LLP
    1201 Third Avenue, Suite 4900
3   Seattle, WA  98101
    Telephone:  206.359.8000
4   Facsimile:  206.359.9000

5   Katherine M. Dugdale, Bar No. 168014
    Kdugdale@perkinscoie.com
6   PERKINS COIE LLP
    1888 Century Park East, Suite 1700
7   Los Angeles, CA  90067
    Telephone:  310.788.9900
8   Facsimile:   310.788.3399

9   Attorneys for Plaintiff
    REDACTED, INC.

10

11                  UNITED STATES DISTRICT COURT

12                NORTHERN DISTRICT OF CALIFORNIA

13

14   REDACTED, INC., a Delaware          Case No.  3:18-2707
     corporation,
                                         **PLAINTIFF REDACTED, INC.'S**
15                   Plaintiffs,         **CERTIFICATE OF INTERESTED**
                                         **ENTITIES AND CORPORATE**
16          v.                           **DISCLOSURE STATEMENT IN**
                                         **COMPLIANCE WITH F.R.C.P. 7.1 AND**
17   REDACTED EXPO, a business of        **CIVIL LOCAL RULE 3-15**
     unknown classification; REDACTED
18   BRANDS, LLC, a business of unknown
     classification; and DOES 1 through 3;
19
                     Defendants.
20

21

22

23

24

25

26

27

28

**TO THE COURT AND ALL PARTIES APPEARING OF RECORD:**

Pursuant to Federal Rule of Civil Procedure 7.1 and Civil Local Rule 3-15, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:  None.

DATED:  May 8, 2018                                    **PERKINS COIE LLP**

                                                       By: */s/ Katherine M. Dugdale*

                                                       Katherine M. Dugdale, Bar No. 168014
                                                       Kdugdale@perkinscoie.com

                                                       Attorneys for Plaintiff Redacted, Inc.

CERTIFICATE OF INTERESTED ENTITIES AND CORPORATE DISCLOSURE STATEMENT
31826661.1